# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COUNDA CAMARA,                      )
                                    )
                    Petitioner,     )      No. 3:26-cv-00993
                                    )
            v.                      )      Chief Judge Cathy Bissoon
                                    )
WARDEN, et al.,                     )
                                    )
                    Respondents.    )

## MEMORANDUM ORDER

Pending before the Court is Petitioner Counda Camara's Petition for Writ of Habeas Corpus (Doc. 4) (the "Petition" or "Pet."). Petitioner currently is an immigration detainee in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement, at the Moshannon Valley Processing Center in Phillipsburg, Pennsylvania. The filings indicate an entry date into the United States in or around June 2023, and that Petitioner has continuously resided in the United States since then. *See* Doc. 8-1. Petitioner was placed into immigration detention on or around August 22, 2025. Gov't Br. (Doc. 8) at 6. The parties have not indicated that Petitioner has any criminal convictions.

Ground Four of the Petition asserts that Petitioner is subject to discretionary detention pursuant to 8 U.S.C. § 1226(a) and not mandatory detention under § 1225(b)(2). Respondents oppose relief by relying upon decisions by the Courts of Appeals for the Fifth and Eighth Circuits to argue that mandatory detention is authorized under § 1225(b)(2)(A). The Court has considered and rejected Respondents' interpretation of § 1225(b)(2)(A), instead joining the Courts of Appeals for the Second, Sixth and Eleventh Circuits in holding that this mandatory detention provision only applies to noncitizens apprehended upon entry into the country or shortly thereafter. *See, e.g.*, Tejeda Perez v. Oddo, No. 3:26-cv-00745, Order (Doc. 8), at 5

(W.D. Pa. May 28, 2026); *see also* <u>Cunha v. Freden</u>, 175 F. 4th 61, 69, 74-75 (2d Cir. 2026); <u>Lopez-Campos v. Raycraft</u>, 175 F.4th 713, 721-24 (6th Cir. 2026); <u>Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami</u>, 175 F.4th 1258, 1275-76 (11th Cir. 2026).

**AND NOW**, this 25th day of June, 2026, **IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 4) is **GRANTED** to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law.  Respondents are **ORDERED** to provide Petitioner with such a hearing, or release Petitioner, on or before **July 2, 2026**.  The bond hearing shall include an individualized determination of whether Petitioner poses a danger to the community or a flight risk under the ordinary § 1226(a) framework.  The immigration judge shall state the reasons for the custody determination orally on the record or in writing.  If bond is denied, the immigration judge shall identify the principal facts and evidence relied upon in determining that Petitioner poses a danger to the community, a flight risk, or both.  Nothing in this Order requires the immigration judge to reach any particular custody determination.  On or before **July 9, 2026**, Respondents shall provide notice to the Court confirming that Petitioner received a compliant bond hearing and apprising the Court of the bond hearing's outcome and grounds therefor.  Consideration of the balance of the Grounds raised in the Petition, including Petitioner's contention in Ground One that his continued detention violates the Due Process Clause of the Fifth Amendment, shall be held in abeyance, should those issues not be mooted by the bond hearing.

**IT IS FURTHER ORDERED** that any motion for fees or costs shall be submitted on or before **July 16, 2026**, with responses, if any, due 14 days following that motion.

Petitioner's *Pro Se* Emergency Motion for Immediate Release or for an Individualized Bond Hearing (Doc. 5) is **DENIED AS MOOT**.

June 25, 2026                                    s/Cathy Bissoon
                                                Cathy Bissoon
                                                Chief United States District Judge

cc (via First-Class U.S. Mail):

    COUNDA CAMARA
    A245 027 187
    Moshannon Valley Processing Center
    Legal Mail  - Open in Presence of Detainee
    555 Geo Drive
    Philipsburg, PA 16866

cc (via ECF email notification):

    All Counsel of Record